

# NUMBER 13-23-00451-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JORDAN RENE ZAMORANO
A/K/A JORDAN ZAMORANO,                                      **Appellant,**

**v.**

THE STATE OF TEXAS,                                          **Appellee.**

## On appeal from the 103rd District Court
## of Cameron County, Texas.

## MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Longoria

Appellant, Jordan Rene Zamorano a/k/a Jordan Zamorano, filed a notice of appeal with this Court from his conviction in trial court cause number 2020-DCR-00873-D. The trial court's certification of the defendant's right to appeal shows that the defendant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a)(2).

On October 24, 2023, the Court ordered appellant's counsel to review the record and determine whether appellant has the right to appeal. On November 8, 2023, appellant's counsel filed a response indicating he confirmed the case concluded with a plea-bargain and that the appellant does not have the right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d), 37.1, 44.3, 44.4. Accordingly, the appeal is hereby dismissed.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of December, 2023.